IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY MARTHELL,

    Petitioner,

    v.

JAMES E. TILTON

    Respondent.

Civ. No. S-08-0798 JAM EFB P

O R D E R

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

////

1    The undersigned has reviewed the file herein and recommends
2 that the above-captioned case be reassigned and referred to the
3 magistrate judge for all further proceedings and entry of final
4 judgment.

5    IT IS HEREBY ORDERED that any hearing dates currently set
6 before the undersigned are VACATED.

7    IT IS FURTHER ORDERED that the Clerk of the Court reassign
8 this case to the Honorable Edmund F. Brennan, Magistrate Judge.
9 The parties shall please take note that all documents hereafter
10 filed with the Clerk of the Court shall bear case number Civ. S-
11 08-798 EFB P

12 Dated: July 31, 2009

/s/John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

15   Having also reviewed the file, I accept reference of this
16 case for all further proceedings and entry of final judgment.

17 Dated:  July 31, 2009

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge